UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY C. WILLIAMS III,<br><br>    Petitioner,<br><br>v.<br><br>K. DICKINSON et al,<br><br>    Respondent. | Case Number: CV10-00353 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 29, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Henry C. Williams K-87802
D-102 Low
P.O. Box 2500
Vacaville, CA 95696

Dated: January 29, 2010

                                           Richard W. Wieking, Clerk

                                           By: Barbara Espinoza, Deputy Clerk